152 A.3d 929

IN THE MATTER OF STEVEN R. FRENCH, AN ATTORNEY AT LAW (ATTORNEY NO. 017642001)

January 18, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–118, recommending that as matter of final discipline pursuant to *Rule* 1:20–13(c), **STEVEN R. FRENCH**, formerly of **CRANFORD**, who was admitted to the bar of this State in 2002, and who has been temporarily suspended from the practice of law since April 8, 2014, be disbarred based on his criminal conviction in the Commonwealth of Pennsylvania for bank robbery, simple assault, and terroristic threats, conduct that in New Jersey violates *RPC* 8.4(b)(commission of a criminal act that reflects adversely on a lawyer's honesty, trustworthiness, or fitness as a lawyer);

And **STEVEN R.FRENCH** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **STEVEN R. FRENCH** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **STEVEN R. FRENCH** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that **STEVEN R. FRENCH** comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.